# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Daimler Trucks North America LLC, a Delaware limited liability company, f/k/a Freightliner LLC, a Delaware limited liability company<br>v.<br>Ramin Younessi, an Illinois resident | FILED: MAY 19, 2008<br>08 cv 2893    JH<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREIGHTLINER LLC

| NAME (Type or print) |
|---|
| Martin J. Bishop |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Martin J. Bishop |

| FIRM |
|---|
| Foley & Lardner LLP |

| STREET ADDRESS |
|---|
| 321 North Clark Street, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06269425 | 312.832.4500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐