**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Daimler Trucks North America LLC, a Delaware limited liability company, f/k/a Freightliner LLC, a Delaware limited liability company<br>v.<br>Ramin Younessi, an Illinois resident | Case Number:<br>FILED: MAY 19, 2008<br>08 cv 2893    JH<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREIGHTLINER LLC

| |
|---|
| NAME (Type or print)<br>Daniel M. Cordis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Daniel M. Cordis |
| FIRM<br>Foley & Lardner LLP |
| STREET ADDRESS<br>321 North Clark Street, Suite 2800 |
| CITY/STATE/ZIP<br>Chicago, IL  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6285963 | 312.832.4500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐