IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAIMLER TRUCKS NORTH AMERICA LLC, a Delaware limited liability company, f/k/a FREIGHTLINER LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>  v.<br><br>RAMIN YOUNESSI, an Illinois resident,<br><br>        Defendant. | Case No. 08-cv-2893<br><br>The Honorable Joan H. Lefkow<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:  See attached Certificate of Service

       Please take notice that on **Tuesday, May 27, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Daimler Trucks North America LLC, f/k/a Freightliner LLC, shall appear before the Honorable Joan H. Lefkow in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Quash Subpoenas Served On John D. Rea, Alberto Gerena And Luigi Castillo Or, In The Alternative, For A Protective Order**, a copy of which is attached and hereby served on you.

| | |
|---|---|
| Dated: May 20, 2008 | Respectfully submitted,<br><br>DAIMLER TRUCKS NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC<br><br><br>By:    /s/ Daniel M. Cordis<br>          One of Its Attorneys<br><br>Martin J. Bishop (IL Bar No. 06269425)<br>Daniel M. Cordis (IL Bar No. 6285963)<br>FOLEY & LARDNER LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, Illinois 60610<br>312.832.4500 (t)<br>312.832.4700 (f)<br><br>Susan K. Eggum, OSB No. 824576<br>Paul A. C. Berg, OSB No. 062738<br>COSGRAVE VERGEER KESTER LLP<br>805 SW Broadway, 8th Floor<br>Portland, Oregon 97205<br>503.323.9000 (t)<br>503.323.9019 (f)<br>*Motions To Appear Pro Hac Vice Pending* |

CHIC_2967252.1

**CERTIFICATE OF SERVICE**

I, Daniel M. Cordis, hereby certify that on May 20, 2008 I caused to be served a true and correct copy of the foregoing **Notice of Motion** relating to the previously filed and served Plaintiff's Motion To Quash Third-Party Subpoenas Or, In The Alternative, For A Protective Order by hand delivery on the following individuals:

Robin Hulshizer
Mark Mester
Alan Devlin
Cameron Krieger
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Of Attorneys for Defendant Ramin Younessi

I, Daniel M. Cordis, hereby certify that on May 20, 2008 I caused to be served a true and correct copy of the foregoing **Notice of Motion** relating to the previously filed and served Plaintiff's Motion To Quash Third-Party Subpoenas Or, In The Alternative, For A Protective Order by depositing the same in the U.S. mail chute at 321 North Clark Street, Chicago, Illinois 60610, postage prepaid, and addressed to the following individual:

Bruce C. Hamlin
Lane Powell PC
601 SW 2nd Ave., Suite 2100
Portland, OR 97204
Of Attorneys for Defendant Younessi

    /s/ Daniel M. Cordis
    Daniel M. Cordis