# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Daimler Trucks North America LLC

                          Plaintiff,

v.                                                  Case No.: 1:08−cv−02893
                                                       Honorable Joan H. Lefkow

Ramin Younessi

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow: Response to plaintiff's motion to quash subpoenas or for a protective order [1] due by 5/29/2008; reply due by 6/9/2008; ruling will issue by mail.Mailed and telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.